IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDWARD OLURANTI IDOWU : | |
| : | |
| Petitioner(s) : | |
| : | Case Number: 1:03-cv-00709 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| MICHAEL WALTON, HAMILTON : | |
| COUNTY CHIEF PROBATION : | |
| OFFICER : | |
| : | |
| Respondent(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .Having reviewed this matter de novo, pursuant to Title 28 U.S.C. § 636, the Court concludes that the Magistrate Judge's Report and Recommendation is well-reasoned and correct. Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation in all respects, DENIES WITH PREJUDICE Petitioner's Petition for a Writ of Habeas Corpus (doc. 1), and FINDS that a certificate of appealability should not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right, which may be remedied in this federal habeas corpus proceeding, based on his claims for relief addressed on the merits. Finally, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that with respect to any application by Petitioner to proceed on appeal in forma pauperis, an appeal of this Order would not be taken in good faith and therefore the Court DENIES Petitioner leave to appeal in forma pauperis.

4/18/06                                                James Bonini, Clerk

                                                       s/Kevin Moser
                                                       Kevin Moser
                                                       Deputy Clerk